# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Arturo Rabay   SBI#: 263210

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: May 27, 2005

**FILED JUN - 2 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Attached are copies of your inmate account statement for the months of November 2004 to April 30, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 23.25 |
| Dec | 13.58 |
| Jan | 16.38 |
| Feb | 29.35 |
| March | 50.82 |
| April | 28.50 |

Average daily balances/6 months: 26.95

Attachments
CC: File

Stacy Shane
5/27/05