

Home | Help

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2030 0003 0326 8666**
Status: **Delivered**

Your item was delivered at 1:00 pm on August 03, 2005 in WILMINGTON, DE 19801.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. [ Go > ]

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy