# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2030 0003 0326 8659**
Status: **Delivered**

Your item was delivered at 11:28 am on August 03, 2005 in SMYRNA, DE 19977.

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy