

35?

05                                              JJF

