IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| ARTURO LABOY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-352-JJF |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Arturo Laboy, has applied for federal habeas relief challenging the validity of his convictions.

2. By the terms of the Court's order, the respondent is directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. The undersigned has pre-planned, pre-paid vacation scheduled during the month of September. Furthermore, in addition to the normal caseload, the undersigned has been assigned to the appeal of a lengthy first-degree murder direct appeal. The undersigned anticipates completing the answer to the instant petition by October 14, 2005. This is Respondent's first request for an extension of time.

4.  Respondent submits that an extension of time to and including October 14, 2005 in which to complete the answer in this case is reasonable.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/_____
                                              Gregory E. Smith, I.D. No. 3869
                                              Deputy Attorney General
                                              820 North French Street, 7th Floor
                                              Carvel State Building
                                              Wilmington, Delaware  19801
                                              (302) 577-8398

Dated:  September 1, 2005