**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARTURO LABOY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-352-JJF |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

<u>ORDER</u>

Whereas, Respondents Thomas Carroll and M. Jane Brady have requested an extension of time in which to answer Laboy's petition for writ of habeas corpus and have presented reasonable cause for the request;

IT IS SO ORDERED this _____ day of _____, 200__, that Respondents' answer shall be due on or before October 14, 2005.

_____
Joseph J. Farnan, Jr.
United States District Judge