IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARTURO LABOY,                )
                             )
        Petitioner,          )
                             )
    v.                       )   C.A. No. 05-352-JJF
                             )
THOMAS L. CARROLL, et al.,   )
                             )
        Respondents.         )

ORDER

Whereas, Respondents Thomas Carroll and M. Jane Brady have requested an extension of time in which to answer Laboy's petition for writ of habeas corpus and have presented reasonable cause for the request;

IT IS SO ORDERED this 7 day of September, 2005, that Respondents' answer shall be due on or before October 14, 2005.

Joseph J. Farnan, Jr.
United States District Judge