## CERTIFICATION OF SERVICE

The undersigned certifies that on October 14, 2005, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF. The undersigned further certifies that on October 14, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Arturo Laboy
SBI No. 00203210
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

                                           STATE OF DELAWARE
                                           DEPARTMENT OF JUSTICE

                                           /s/_____
                                           Gregory E. Smith, ID # 3869
                                           Deputy Attorney General
                                           820 North French Street, 7th Floor
                                           Carvel State Building
                                           Wilmington, Delaware 19801
                                           (302) 577-8398