IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTURO LABOY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>THOMAS L. CARROLL, et al., )<br>)<br>Respondents. ) | C.A.No. 05-352-JJF |

NOTICE OF FILING OF STATE COURT RECORDS

Respondent hereby submits certified copies of the following Delaware Supreme Court records:

a.  Appellant's opening brief, filed January 13, 1995, *Laboy v. State*, No. 210, 1994.

b.  State's answering brief, filed March 24, 1995, *Laboy v. State*, No. 210, 1994.

c.  Order, issued June 23, 1995, *Laboy v. State*, No. 210, 1994.

d.  Order, issued November 8, 1995, *Laboy v. State*, No. 401, 1995.

e.  State's memorandum in support of dismissal, filed September 23, 2003, *Laboy v. State*, No. 382, 2003.

f.  Order, issued October 27, 2003, *Laboy v. State*, No. 382, 2003.

g.  Appellant's opening brief and appendix, filed December 10, 2004, *Laboy v. State*, No. 481, 2004.

h.  State's answering brief and appendix, filed January 7, 2005, *Laboy v. State*, No. 481, 2004.

i.  Order, issued April 11, 2005, *Laboy v. State*, No. 481, 2004.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE


                /s/_____
                Gregory E. Smith, I.D. No. 3869
                Deputy Attorney General
                820 North French Street, 7th Floor
                Carvel State Building
                Wilmington, Delaware 19801
Dated: October 14, 2005      (302) 577-8398