(40)

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| STATE OF DELAWARE, | ) |
| | ) |
| v. | ) Case No. 93003649DI |
| | ) |
| ARTURO LABOY, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF MOTION

TO: Department of Justice
    820 N. French Street
    Wilmington, Delaware  19801

PLEASE TAKE NOTICE that the within Motion for Reduction of Sentence will be presented to the Honorable Norman A. Barron for his consideration.

_____
JEROME M. CAPONE
4 E. 8TH Street, Suite 200
Towne Center
Wilmington, Delaware  19801

DATED: February 26, 2001

B   12

Exh. 1

the present case.

                                                */s/ Jerome M. Capone*
                                                Jerome M. Capone
                                                4 E. 8th Street, Suite 200
                                                Towne Center
                                                Wilmington, DE  19801
                                                (302) 654-3260

DATED: February 26, 2001

the present case.

_____
Jerome M. Capone
4 E. 8th Street, Suite 200
Towne Center
Wilmington, DE  19801
(302) 654-3260

DATED:   February 26, 2001

## CERTIFICATE OF SERVICE

STATE OF DELAWARE)
                 ) ss.
NEW CASTLE COUNTY)

DEBORAH C. MORONEY, being duly sworn, deposes and says that:

1. She is a secretary for the Department of Justice.

2. That on March 20, 2001 she caused to be hand delivered, two copies of the attached Motion to:

> Jerome M. Capone, Esq.
> 4 East 8th Street
> Wilmington, DE 19801
>
> Inmate Arturo Laboy-SBI #00203210
> Delaware Correctional Center
> Smyrna Landing Road
> Smyrna, DE 19977

*/s/ Deborah C. Moroney*
Deborah C. Moroney
Senior Legal Secretary

Pursuant to 29 Del C. §2508

*/s/*
Deputy Attorney General