

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

41

STATE OF DELAWARE            )
                             ) Case No. 93003649DI
v.                           )
                             )
ARTURO LABOY,                )
                             )
        Defendant.           )

### ORDER

AND NOW, TO WIT, this 27th day of February, A.D. 2001, the foregoing Motion for Reduction of Sentence having been read and considered, it is hereby

ORDERED, that the defendant's motion for sentence reduction is hereby Granted in part. Sentence imposed in IN93-04-0458 is reduced from 20 years at Level V to 5 years at Level 5.

JUDGE NORMAN A. BARRON

xc: DOJ
Capone
PSO
△ @ DCC
DCC Records

B  21

exh. 2

```
               SUPERIOR COURT CRIMINAL DOCKET                    Page     7
                     ( as of  04/26/2002 )

State of Delaware v.   ARTURO LABOY                         DOB: 07/15/1967
State's Atty: THOMAS A STEVENS , Esq.        AKA:
Defense Atty: JOHN H MCDONALD , Esq.

         Event
 No.     Date            Event                              Judge
-------------------------------------------------------------------------------
         05/24/1994
         DEFENDANT'S LETTER
         RECEIVED 06/16/94                      KRS
 20      06/06/1994                                         BARRON NORMAN A.
         ORDER OF JUDGMENT
                                                EC
 22      06/14/1994
         DIRECTIONS TO COURT REPORTER FOR TRANSCRIPT
         #210, 1994                             DF
 23      06/14/1994
         LETTER
         (SUPREME COURT) TO COURT REPORTER
         PURSUANT TO SUPREME COURT RULE 9
         (E)(IV), THE TRANSCRIPT MUST BE
         FILE WITH THE PROTHONOTARY NO
         LATER THAN 071894.                     DF
 21      06/14/1994
         NOTICE OF APPEAL
         #210, 1994                             DF
 24      06/30/1994                                         BARRON NORMAN A.
         TRANSCRIPT OF SENTENCING
         MAY 13, 1994                           DF
 25      07/22/1994
         LETTER
         (SUPREME COURT) TO COURT REPORTER
         THE COURT IS IN RECEIPT OF YOUR
         LETTER DATED 071494. ALTHOUGH THE
         COURT GENERALLY LIMITS A FIRST
         REQUEST FOR AN EXTENSION OF TIME
         TO 30 DAYS, IN VIEW OF YOUR VAC.
         SCHEDULE FOR A 39-DAY EXTENSION
         OF TIME YOUR REQUEST IS HEREBY
         GRANTED. PLEASE FILE THE TRANS.
         NO LATER THAN 090994.                  DF
 26      08/04/1994
         MOTION FOR REDUCTION OF SENTENCE
         JEROME M. CAPONE, ESQ - REFERRED
         TO JUDGE BARRON                        DF
 27      08/09/1994                                         BARRON NORMAN A.
         LETTER
         TO JEROME M. CAPONE, ESQ. ADVIS-
         ING MOTION FOR REDUCTION OF SENT.
```

EXHIBIT II (4)