```
                    SUPERIOR COURT CRIMINAL DOCKET                        Page
                         ( as of  04/26/2002 )

State of Delaware v.  ARTURO LABOY                              DOB: 07/15/196
State's Atty: THOMAS A STEVENS , Esq.         AKA:
Defense Atty: JOHN H MCDONALD , Esq.

         Event
No.      Date           Event                                   Judge
-------------------------------------------------------------------------------
         SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED
         02/08/1994
         SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED
         02/09/1994
         SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED
         02/14/1994                                             COOCH RICHARD R.
         CRIMINAL TRIAL CALENDAR - RESCHEDULED
         02/15/1994                                             COOCH RICHARD R.
         CRIMINAL TRIAL CALENDAR - TRIAL
17       02/15/1994                                             BARRON NORMAN A.
         JURY TRIAL
         THROUGH 021894. THE JURY FOUND
         DEFT GUILTY AS TO ASSAULT 1ST
         DEGREE LIO (0454), GUILTY AS TO
         PDWDCF (0455), NOT GUILTY AS TO
         BURGLARY 2ND DEGREE (0456),
         GUILTY AS TO ASSAULT 2ND DEGREE
         (0457), GUILTY AS TO PDWDCF (0458
         GUILTY AS TO STALKING (0459), &
         GUILTY AS TO TERRORISTIC THREAT.
         (0460). PSI ORDERED. SENT.051394
         AT 10:30 AM. S/JENNINGS,STEVENS.
         D/CAPONE, CR/J.WHITE, CR/ROGERES,
         CARNEY, CREW. JURY SWORN.     DCB
         05/13/1994                                             BARRON NORMAN A.
         SENTENCING CALENDAR - DEFENDANT SENTENCED
19       05/13/1994                                             BARRON NORMAN A.
         SENTENCE
         AS TO  P93040454, TIS THE DEFT.
         IS ADJUDGED GUILTY OF THE OFFENSE
         CHARGED.
         THE DEFENDANT IS TO PAY COSTS OF
         PROSECUTION.
         EFFECTIVE NOVEMBER 1, 1992 THE
         DEFENDANT IS PLACED IN THE
         CUSTODY OF THE DEPARTMENT OF
         CORRECTION AT SUPERVISION LEVEL 5
         FOR A PERIOD OF 10 YEARS .
         IF THE DEFENDANT IS PRESENTLY
         SERVING ANOTHER SENTENCE, THAT
         SENTENCE SHALL BE SUSPENDED UNTIL
         COMPLETION OF THIS SENTENCE.
```

EXHIBIT (3)

```
                    SUPERIOR COURT CRIMINAL DOCKET                Page
                         ( as of  04/26/2002 )

State of Delaware v.  ARTURO LABOY                           DOB: 07/15/1967
State's Atty: THOMAS A STEVENS , Esq.        AKA:
Defense Atty: JOHN H MCDONALD , Esq.

         Event
No.      Date           Event                                Judge
------------------------------------------------------------------------------
         ORDER
         (SUPREME COURT) NOW, THEREFORE,
         IT IS ORDERED PURSUANT TO
         SUPREME COURT RULE 29(B) THAT
         THIS APPEAL BE, AND THE SAME
         HEREBY IS DISMISSED.              DF
 40      02/26/2001
         MOTION FOR REDUCTION OF SENTENCE FILED.
         JEROME CAPONE, ESQ.
         REFERRED TO JUDGE BARRON ON 022801.
 41      02/27/2001                                    BARRON NORMAN A.
         ORDER: NOW TO WIT, THIS 27TH DAY OF FEBRUARY, 2001, THE FOREGOING
         MOTION FOR REDUCTION OF SENTENCE HAVING BEEN READ AND CONSIDERED, IT
         IS HEREBY:
         ORDERED, THAT THE DEFENDANT'S MOTION FOR SENTENCE REDUCTION IS HEREBY
         GRANTED - IN PART. SENTENCE IMPOSED IN IN93-04-0458 IS REDUCED FROM
         20 YEARS AT LEVEL 5 TO 5 YEARS AT LEVEL 5.
 42      03/05/2001                                    ABLEMAN PEGGY L.
         ORDER: MOTION FOR REDUCTON OF SENTENCE IS DENIED.
            THE MOTION WAS FILED MORE THAN 90 DAYS AFTER IMPOSITION OF THE
         SENTENCE AND IS THEREFORE TIME-BARRED.
            THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIEM
         OF SENTENCING.
 43      03/20/2001
         MOTION TO VACATE ORDER FILED.
         ANDREW VELLA, DAG.
         REFERRED TO JUDGE ABLEMAN ON 032001.
 44      03/21/2001                                    ABLEMAN PEGGY L.
         ORDER:  AND NOW, TO WIT, THIS 21ST DAY OF MARCH, 2001, THE FOREGOING
         MOTION TO VACATE ORDER HAVING BEEN READ AND CONSIDERED, IT IS
         ORDERED THAT THE COURT'S ORDER DATED FEBRAURY 27, 2001 SIGNED BY
         JUDGE BARRON IS HEREBY VACATED.  NOTICE SHALL BE SENT TO THE
         DEPARTMENT OF CORRECTIONS INFORMING THEM THAT THE COURT'S FEBRUARY
         27, 2001, ORDER GRANTING THE DEFENDANTS MTOION FOR REDUCTION OF
         SENTENCE HAS BEEN VACATED AND THAT THE ORIGINAL SENTENCING ORDER
         DATED MAY 13, 1994, IS STILL IN EFFECT AND IS CONSISTENT WITH THIS
         JUDGE'S 3/2/01 ORDER AS THE ORIGINAL OF THE MOTION WAS FORWARDED TO
         THIS JUDGE.
 45      03/22/2001
         DEFENDANT'S RESPONSE FILED.
         STATE'S MOTION TO VACATE ORDER.
         JEROME CAPONE, ESQ.

              *** END OF DOCKET LISTING AS OF  04/26/2002 ***
                     PRINTED BY: CSCVELL
```

EXHIBIT (8)

024

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

```
STATE OF DELAWARE,           )      93003649DI
                             )
            vs.              )      Criminal Action No.
                             )      IN93-04-0454; 0455
ARTURO LABOY,                )      IN93-04-0457 thru 0460
                             )
            Defendant        )      May 13, 1994
```

- - - - -

BEFORE: HONORABLE NORMAN A. BARRON, J.

- - - - -

APPEARANCES:

THOMAS A. STEVENS, ESQ.
Deputy Attorney General
For the State

JEROME M. CAPONE, ESQ.
For the Defendant

- - - - -
SENTENCING
- - - - -

ORIGINAL

B   01

Exhibit 3