

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ID No. 93003649DI |
| v. | ) |
| | ) |
| ARTURO LABOY, | ) |
| | ) |
| Defendant | ) |

## ORDER

AND NOW, TO WIT, this __21st__ day of __March__, 2001, the foregoing Motion to Vacate Order having been read and considered, it is ORDERED that the Court's Order dated February 27, 2001 signed by Judge Norman A. Barron is hereby VACATED. Notice shall be sent to the Department of Corrections informing them that the Court's February 27, 2001, order granting the Defendants Motion for Reduction of Sentence has been vacated and that the original sentencing order dated May 13, 1994, is still in effect. *and is consistent with this Judge's 3/2/01 Order as the original of the motion was forwarded to this Judge.*

*Peggy L Ableman*
J.

xc: Andrew J. Vella
    Jerome Capone
    Presentence Office
    Arturo Laboy
    DCC Records

B   23

exhibit 5

50.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

In re: ) 9300364901
ARTURO LABOY, )
       Petitioner. ) CR.A. No. IN93-04-0454 THROUGH -80
                                       PN93-04-0454

02m-10-078

2002 OCT 10 PM 3:41 FILED PROTHONOTARY

PETITION FOR WRIT OF HABEAS CORPUS

To Have __ARTURO LABOY__ who is allegedly detained in your custody, before the Superior Court of the State of Delaware, at the County Court House at Wilmington, Delaware immediately after receipt of this Writ; and to abide any order which the court shall make concerning Petitioner.

And Further, to certify fully in writing under oath the true cause of said detention, and to have there a copy of all process or orders, if any, under which he is detained and also this Writ.

_____
Prothonotary

Dated: _____

To the above named Respondent:
In case of your failure to produce ARTURO LABOY as above commanded, and fully certify in writing under oath the true cause of his detention, with a copy of all process or orders, if any, under which he is detained, within 3 days after service hereof upon you if the place where he is detained is not more than 20 miles from the County Courthouse, or within 6 days if such place is more than 20 miles, you may be adjudged to be in contempt of court.

_____
Prothonotary