# SENTENCE STATUS REPORT

**DELAWARE DEPARTMENT OF CORRECTION**

| NUMBER | COMMITMENT NAME | INSTITUTION AGENCY | DATE OF REPORT |
|---|---|---|---|
| 00203210 | Laboy, Arturo | DCC | 3/16/01 |

A SENTENCE STATUS REPORT IS SUBMITTED ON THE ABOVE INMATE, AS INDICATED BY CHECKED SECTION(S)

## 1. THE SENTENCE WHICH THIS INMATE IS CURRENTLY UNDERGOING IS AS FOLLOWS:

| DATE SENTENCED OR CHARGED | | | INDICTMENTS - TERM - COURT | JUDGE - MAGISTRATE |
|---|---|---|---|---|
| MO. | DAY | YR. | | |
| 05 | 13 | 1994 | SC/NCC  IN93040458 | BARRON |

| MAXIMUM - FULL TERM | | | GOODTIME AMOUNT | | | MAXIMUM - GOODTIME | | | EFFECTIVE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | MO. | DAY | YR. |
| 41 | 06 | | 04 | | 04 | | | | 11 | 01 | 92 |

| MAX - FT - EXPIRATION DATE | | | PAROLE ELIGIBILITY GOODTIME | | | MAX - GT - EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO | DAY | YR. | YRS. | MOS. | DAYS | MO. | DAY | YR. | MO. | DAY | YR. |
| 04 | 26 | 2034 | | TIS | | 04 | 23 | 2030 | | TIS | |

| FINES | COSTS | RESTITUTION | BAIL |
|---|---|---|---|
| | | | |

**SPECIAL CONDITIONS: PAROLES - PROBATIONS - REMARKS ON SENTENCE**
SEE 101 DATED 6/1/94.

**OFFENSES**
STALKING, ASSLT 1ST, PDWDCF, TERR. THREAT

## 2. THE SENTENCE WHICH THIS INMATE IS CURRENTLY UNDERGOING IS CHANGED AS FOLLOWS:

TYPE OF CHANGE: [ ] CONCURRENT SENTENCE  [ ] CONSECUTIVE SENTENCE  [ ] INTERRUPTED SENTENCE  [X] RECONSIDERED SENTENCE  [ ] CORRECTED COMMITMENT  [ ] COMMITTED SENTENCE  [ ] RECOMPUTED SENTENCE

| DATE SENTENCED OR CHARGED | | | INDICTMENTS - TERM - COURT | JUDGE - MAGISTRATE |
|---|---|---|---|---|
| MO. | DAY | YR. | IN 93-04-0458 | |
| 02 | 27 | 2001 | SC/KC  93003649DI | BARRON |

| MAXIMUM - FULL TERM | | | GOODTIME AMOUNT | | | MAXIMUM - GOODTIME | | | EFFECTIVE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | MO. | DAY | YR. |
| 26 | 06 | | 02 | 07 | 07 | 23 | 10 | 23 | 11 | 01 | 1992 |

| MAX - FT - EXPIRATION DATE | | | PAROLE ELIGIBILITY GOODTIME | | | MAX - GT - EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | YRS. | MOS. | DAYS | MO. | DAY | YR. | MO. | DAY | YR. |
| 04 | 26 | 2019 | | TIS | | 09 | 19 | 2016 | | TIS | |

| FINES | COSTS | RESTITUTION | BAIL |
|---|---|---|---|
| | | | |

**SPECIAL CONDITIONS: PAROLES - PROBATIONS - REMARKS ON SENTENCE**
93-04-0458 was modified and reduced by 15 years. Sentence is reduced from 20 yrs at l-5 to 5 yrs at level 5. All other sentences remain the same.

**OFFENSES**
ASSLT 1ST, ASSLT 2ND, STALKING, PDWDCF

**ADDITIONAL COMMENTS:**

as to 0454 - Effective 11/01/92 - be imprisoned at l-5 for 10 yrs. As to 0455 - sentenced to 5 yrs mandatory, As to 0457 - sentenced to 5 yrs at level 5. As to 0459 - sentenced to 3 yrs at l-5 suspend after 1 yr for 2 yrs l-3. As to 0460 - sentenced to 6 mths at level 5.

**REPORTING OFFICER'S INITIALS**

**REPORTING OFFICER'S NAME - TITLE**
CINDY WRIGHT, RECORDS CLERK

DC-103