IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTURO LABOY, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civil Action No. 05-352-JJF |
| | : |
| THOMAS L. CARROLL, | : |
| Warden, and CARL C. | : |
| DANBERG, Attorney General | : |
| of the State of Delaware, | : |
| | : |
| Respondents. | : |

**O R D E R**

At Wilmington, this 13 day of July, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Arturo Laboy Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE