United States District Court
District for Delaware

To: Mr. Gregory E. Smith
    Clerk

From: Arturo Laboy
    SBI #203210 S-1 G-21
    D.C.C.
    1181 Paddock Rd.
    Smyrna DE, 19977
Date: April 22, 2008
RE: <u>Request Copy of Court Docket
    IN C.A. 05-352-JJF</u>

Dear Mr. Smith,
    I am writing your office in hopes of obtaining an updated copy of the Court Docket in C.A-05-352-JJF. Sir my Habeas Petition was filed clear back on November 1, 2005. Please respond as soon as practical.

Sincerely,
Arturo Laboy

FILED
APR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned



I/M Arturo Laboy
SBI# 203210  UNIT S-1 G-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
23 APR 2008 PM 3 L

United States District Court
844 N. King St. Lockbox 18
Wilmington, DE
19801-3570